IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | CASE NO. | 14-08561 MCF |
| CARMELO CAEZ CRUZ<br>AMARILYS COLON FERNANDEZ | | |
| *Debtors* | CHAPTER | 13 |

## DEBTORS MOTION TO AMEND PLAN

TO THE HONORABLE COURT:

NOW COME Debtors herein, CARMELO CAEZ CRUZ and AMARILYS COLON FERNANDEZ, by their undersigned attorney, and very respectfully ALLEGE AND PRAY:

1. On this date debtors are amending their payment plan in order to:

   A. *Clarify provision to Reliable Finance.*

WHEREFORE, Debtors respectfully request that the Amendment be accepted for continuation of the proceedings and that all other remedies which are proper and just be granted.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee, US Trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico, this 22nd day of September, 2015.

By: /s/ Juan C. Bigas Valedon
JUAN C. BIGAS VALEDON
Attorney for Debtor
U.S.D.C. NO. 215404
P.O. Box 7011
Ponce, P.R. 00732-7011
Tel. 259-1000; Fax 842-4090

The debtors have read the information included above and agree to the same.

/s/ Carmelo Caez Cruz
CARMELO CAEZ CRUZ
Debtor

/s/ Amarilys Colon Fernandez
AMARILYS COLON FERNANDEZ
Joint Debtor

United States Bankruptcy Court
District of Puerto Rico

IN RE:

CAEZ CRUZ, CARMELO & COLON FERNANDEZ, AMARILYS
Debtor(s)

Case No. 14-08561

Chapter 13

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 09/23/15
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 500.00 x 12 = $ 6,000.00
$ 885.00 x 48 = $ 42,480.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 48,480.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 48,480.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,000.00

Signed: /s/ CARMELO CAEZ CRUZ
Debtor

/s/ AMARILYS COLON FERNANDEZ
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BAYVIEW LOAN SEF** Cr. _____ Cr. _____
# **CLAIM 6-2** # _____ # _____
$ 23,365.75 $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **DEPARTMENT OF T** Cr. _____ Cr. _____
# **CLAIM 8** # _____ # _____
$ 0.53 $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: _____

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**BAYVIEW LOAN SEF**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

Attorney for Debtor **Juan C Bigas** Phone: **(787) 259-1000**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE <u>CAEZ CRUZ, CARMELO & COLON FERNANDEZ, AMARILYS</u>    Case No. <u>14-08561</u>
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 2

|  | Cr | # | $ |
|---|---|---|---|
| Executory Contracts - Assumed: | NELLY RODRIGUEZ I | | |

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE CAEZ CRUZ, CARMELO & COLON FERNANDEZ, AMARILYS     Case No. 14-08561
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 2 of 2

ORDER OF DISTRIBUTION TO BE MADE BY TRUSTEE:

- ATTORNEY'S FEES PERSUANT TO 11 USC 330

- TAX REFUND, IF ANY, WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE OF FUNDS.

- TRUSTEE ALREADY PAID THE AMOUNT OF $2,151.90 TO RELIABLE. TRUSTEE WILL NOT MAKE ANY ADDITIONAL DISBURSEMENTS TO RELIABLE'S CLAIM #1 SINCE THE VEHICLE WAS INVOLVED IN AN ACCIDENT AND THE CAR INSURANCE PAID OFF. Trustee will not distribute additional monies to claim 1-1 and 1-2.

- SUBORDINATE THE PAYMENTS TO THE STUDENT LOANS IN FAVOR OF GENERAL UNSECURED CLAIMS SINCE STUDENTS LOANS ARE NONE DISCHARGABLE. TRUSTEE WILL NOT MAKE ANY DISBURSEMENT TO CLAIM # 7.

- STEP UP PAYMENT WILL PROCEED FROM DEBTORS EXPECTED NEW JOB INCOME

AMENDED CHAPTER 13 PAYMENT PLAN

Label Matrix for local noticing
0104-3
Case 14-08561-MCF13
District of Puerto Rico
Old San Juan
Tue Sep 22 13:43:10 AST 2015

BAYVIEW LOAN SERVICING, LLC
PO BOX 11750
FERNANDEZ JUNCOS STATION
SAN JUAN, PR 00910-2850

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

ASE
PO BOX 364267
SAN JUAN, PR 00936-4267

AMARILYS COLON FERNANDEZ
URB BAIROA GOLDEN GATES
CALLE C-11
CAGUAS, PR 00727

BAYVIEW LOAN SERVICING
4425 PONCE DE LEON 5TH FL
CORAL GABLES, FL 33146-1837

CARMELO CAEZ CRUZ
URB BAIROA GOLDEN GATES
CALLE C-11
CAGUAS, PR 00727

CRIM
PO BOX 195387 SAN JUAN PR 00919-5387

Department of Treasury
Bankruptcy Section (424)
P.O. Box 9024140
San Juan PR 00902-4140

ECMC
PO BOX 16408
St. Paul, MN 55116-0408

JUAN C BIGAS
PO BOX 7011
PONCE PR 00732-7011

NCO FINANCIAL SYSTEMS OF PR
PO BOX 15520
WILMINGTON, DE 19850-5520

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

U.S. Department of Education
PO Box 16448
St. Paul, MN 55116-0448

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

JUAN CARLOS BIGAS VALEDON
JUAN C BIGAS LAW OFFICE
PO BOX 7011
PONCE, PR 00732-7011

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)RELIABLE FINANCIAL SERVICES, INC.
P.O. BOX 21382
SAN JUAN, PR 00928-1382

Sprint Corp.
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AMARILYS COLON FERNANDEZ
URB BAIROA GOLDEN GATES
CALLE C-11
CAGUAS, PR 00727

(d)CARMELO CAEZ CRUZ
URB BAIROA GOLDEN GATES
CALLE C-11
CAGUAS, PR 00727

End of Label Matrix
Mailable recipients    17
Bypassed recipients     2
Total                  19