IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:  CASE NO. 14-08561 MCF

CARMELO CAEZ CRUZ
AMARILYS COLON FERNANDEZ

*Debtors*  CHAPTER 13

# DEBTORS' OBJECTION TO CLAIM #8

TO THE HONORABLE COURT:

**NOW COME** Debtors herein, **CARMELO CAEZ CRUZ** and **AMARILYS COLON FERNANDEZ**, by their undersigned attorney, and very respectfully ALLEGE AND PRAY:

1. Creditor Department of Treasury filed Proof of Claim #8 alleging an estimated debt in the amount of $32,194.99.

2. Creditor indicates that said amount corresponds to $0.56 of Special Contribution debt and $32,194.46 of Income Tax debt.

3. Debtors request that the proof of claim #8 be amended according to the debt certifications attached hereto which indicate that debtors only owe the amount of $0.56 of Special Contribution.

4. According to the Department of Treasury offices there are no records that indicate that debtors owe the amount of $32,194.46 of Income Tax.

5. Debtors request that Department of Treasury's proof of claim filed be amended accordingly.

**WHEREFORE**, Debtors respectfully request from this Honorable Court to take notice of the allegations stated above, that creditor's claim be amended accordingly and all other remedies that are just and proper be granted for the continuation of the proceeding.

## *NOTICE*

Parties in interest are hereby granted thirty (30) days from the date of this notice to respond to the objection filed. If no opposition is filed within the prescribed period of time, the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed, the Court will schedule the motion for a hearing as contested matter. Absent good cause, untimely objections shall be denied.

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee, US Trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico, this 23rd day of September, 2015.

By: /s/ Juan C. Bigas Valedon
JUAN C. BIGAS VALEDON
Attorneys for Debtor
U.S.D.C. NO. 215404
P.O. Box 7011
Ponce, P.R. 00732-7011
Tel. 259-1000; Fax 842-4090

```
MODELO              ESTADO LIBRE ASOCIADO DE PUERTO RICO      FECHA: 23-09-2015
SC 6096                DEPARTAMENTO DE HACIENDA               HORA : 13:15
17 MAY 10              AREA DE RENTAS INTERNAS                JPR6213
```

## CERTIFICACION DE DEUDA

NUM. CUENTA: 004 ‐ 2-4966/000 CAEZ CRUZ CARMELO & COLON FERNADEZ AMARILYS
B 28 CALLE 2
MANSIONES DE BAIROA
CAGUAS      PR 00726              *COMPUTOS HASTA: 23-09-2015

CERTIFICO QUE EL CONTRIBUYENTE ARRIBA DESCRITO
NO TIENE DEUDAS TASADAS POR CONCEPTO DE
CONTRIBUCION SOBRE INGRESOS, PATRONAL Y
ARBITRIOS AL DIA DE 23-09-2015 EN NUESTRO
SISTEMA PRITAS.

ESTA CERTIFICACION NO INCLUYE DEUDAS PENDIENTES POR TASAR O EN PROCESO DE
INVESTIGACION POR EL NEGOCIADO IMPOSITIVO A LA FECHA DE ESTA CERTIFICACION.

A D V E R T E N C I A :

FAVOR DE REVISAR ESTE DOCUMENTO EN DETALLE. SI USTED NO ESTA DE
ACUERDO CON ALGUNA DE LA INFORMACION AQUI PROVISTA DEBERA PRESENTAR
SU RECLAMACION JUNTO CON LOS DOCUMENTOS QUE EVIDENCIAN LA MISMA A
LAS DIRECCIONES QUE SE INDICAN EN LA HOJA ADJUNTA.

ESTA CERTIFICACION NO ES VALIDA SIN LA FIRMA AUTORIZADA Y EL SELLO
OFICIAL EN ORIGINAL DEL DEPARTAMENTO DE HACIENDA

SECRETARIO AUXILIAR DE RENTAS INTERNAS      FECHA        SELLO OFICIAL
O SU REPRESENTANTE AUTORIZADO

```
MODELO              ESTADO LIBRE ASOCIADO DE PUERTO RICO    FECHA: 23-09-2015
SC 6096                  DEPARTAMENTO DE HACIENDA           HORA : 13:15
17 MAY 10                AREA DE RENTAS INTERNAS            JPR6213

                          CERTIFICACION DE DEUDA

NUM. CUENTA: 004      .-2682/000 CAEZ CRUZ CARMELO & COLON FERNADEZ AMARILYS
B 28 CALLE 2
MANSIONES DE BAIROA
CAGUAS      PR 00726            *COMPUTOS HASTA: 23-09-2015
```

CERTIFICO QUE EL CONTRIBUYENTE ARRIBA DESCRITO
NO TIENE DEUDAS TASADAS POR CONCEPTO DE
CONTRIBUCION SOBRE INGRESOS, PATRONAL Y
ARBITRIOS AL DIA DE 23-09-2015 EN NUESTRO
SISTEMA PRITAS.

BALANCE PENDIENTE: CONTRIBUCION ESPECIAL PROPIEDAD INMUEBLE $0.56.

ESTA CERTIFICACION NO INCLUYE DEUDAS PENDIENTES POR TASAR O EN PROCESO DE
INVESTIGACION POR EL NEGOCIADO IMPOSITIVO A LA FECHA DE ESTA CERTIFICACION.

A D V E R T E N C I A :

FAVOR DE REVISAR ESTE DOCUMENTO EN DETALLE. SI USTED NO ESTA DE
ACUERDO CON ALGUNA DE LA INFORMACION AQUI PROVISTA DEBERA PRESENTAR
SU RECLAMACION JUNTO CON LOS DOCUMENTOS QUE EVIDENCIAN LA MISMA A
LAS DIRECCIONES QUE SE INDICAN EN LA HOJA ADJUNTA.

ESTA CERTIFICACION NO ES VALIDA SIN LA FIRMA AUTORIZADA Y EL SELLO
OFICIAL EN ORIGINAL DEL DEPARTAMENTO DE HACIENDA

---------------------------------     -------    -----------------
SECRETARIO AUXILIAR DE RENTAS INTERNAS  FECHA     SELLO OFICIAL
O SU REPRESENTANTE AUTORIZADO

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 14-08561-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Wed Sep 23 17:14:27 AST 2015 | BAYVIEW LOAN SERVICING, LLC<br>PO BOX 11750<br>FERNANDEZ JUNCOS STATION<br>SAN JUAN, PR 00910-2850 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AEE<br>PO BOX 364267<br>SAN JUAN, PR 00936-4267 | AMARILYS COLON FERNANDEZ<br>URB BAIROA GOLDEN GATES<br>CALLE C-11<br>CAGUAS, PR 00727 |
| BAYVIEW LOAN SERVICING<br>4425 PONCE DE LEON 5TH FL<br>CORAL GABLES, FL 33146-1837 | CARMELO CAEZ CRUZ<br>URB BAIROA GOLDEN GATES<br>CALLE C-11<br>CAGUAS, PR 00727 | CRIM<br>PO BOX 195387 SAN JUAN PR 00919-5387 |
| Department of Treasury<br>Bankruptcy Section (424)<br>P.O. Box 9024140<br>San Juan PR 00902-4140 | ECMC<br>PO BOX 16408<br>St. Paul, MN 55116-0408 | JUAN C BIGAS<br>PO BOX 7011<br>PONCE PR 00732-7011 |
| NCO FINANCIAL SYSTEMS OF PR<br>PO BOX 15520<br>WILMINGTON, DE 19850-5520 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | U.S. Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 |
| ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | JUAN CARLOS BIGAS VALEDON<br>JUAN C BIGAS LAW OFFICE<br>PO BOX 7011<br>PONCE, PR 00732-7011 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| (d)RELIABLE FINANCIAL SERVICES, INC.<br>P.O. BOX 21382<br>SAN JUAN, PR 00928-1382 | Sprint Corp.<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AMARILYS COLON FERNANDEZ<br>URB BAIROA GOLDEN GATES<br>CALLE C-11<br>CAGUAS, PR 00727 | (d)CARMELO CAEZ CRUZ<br>URB BAIROA GOLDEN GATES<br>CALLE C-11<br>CAGUAS, PR 00727 | End of Label Matrix<br>Mailable recipients  17<br>Bypassed recipients   2<br>Total                 19 |