IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARMELO CAEZ CRUZ
AMARILYS COLON FERNANDEZ

Debtors

CASE NO. 14-08561 MCF

CHAPTER 13

## MOTION REQUESTING ENTRY OF ORDER

TO THE HONORABLE COURT:

**NOW COME** debtors herein, CARMELO CAEZ RUIZ and AMARILYS COLON FERNANDEZ, by their undersigned attorney, and very respectfully ALLEGE AND PRAY:

1. On September 23rd, 2015, debtors herein filed an Objection to Claim #8 filed by Department of Treasury. (Docket # 51)

2. The same was notified to said creditor on September 23rd, 2015. (Docket # 52)

3. On October 22nd, 2015, creditor Department of Treasury filed a Motion Requesting Extension of Time of thirty (30) days to reply to debtors' objection to claim. (Docket # 56)

4. More than thirty (30) days has elapsed since the filing of the Objection to Claim #8, and since the filing of creditor's Motion Requesting Extension of Time.

5. Until this date, no additional extension of time or reply to debtors' objection to claim has been filed by the creditor.

6. The present case has a confirmation hearing scheduled for January 21st, 2016, and this is the only pending matter in order to confirmed debtors payment plan.

7. Due to the above informed, it is respectfully requested that this Honorable Court enter an order granting debtors' Objection to Claim #8.

**WHEREFORE** debtors herein respectfully request that the Honorable Court takes notice of the above informed and enter an order granting debtors Objection to Claim #8 since more than thirty (30) days has elapsed and no additional extension of time or reply has been filed by creditor Department of Treasury, and that all other remedies which are proper and just be granted.

## Certificate of Service

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee, US Trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico, this 13th day of January, 2016.

By: /s/ Juan C. Bigas Valedón
JUAN C. BIGAS VALEDON
Attorneys for Debtor
U.S.D.C. NO. 215404
P.O. Box 7011
Ponce, P.R. 00732-7011
Tel. 259-1000; Fax 842-4090
jcbigas@yahoo.com

```
Label Matrix for local noticing        BAYVIEW LOAN SERVICING, LLC           RELIABLE FINANCIAL SERVICES
0104-3                                  PO BOX 11750                          PO BOX 21382
Case 14-08561-MCF13                     FERNANDEZ JUNCOS STATION              SAN JUAN, PR 00928-1382
District of Puerto Rico                 SAN JUAN, PR 00910-2850
Old San Juan
Wed Jan 13 13:48:06 AST 2016

TREASURY DEPARTMENT                     US Bankruptcy Court District of P.R.  AEE
C/O DORIS E HERNANDEZ DIAZ,ESQ.         Jose V Toledo Fed Bldg & US Courthouse PO BOX 364267
DEPARTMENT OF JUSTICE                   300 Recinto Sur Street, Room 109      SAN JUAN, PR  00936-4267
PO BOX 9020192                          San Juan, PR 00901-1964
SAN JUAN, PR 00902-0192

AMARILYS COLON FERNANDEZ                BAYVIEW LOAN SERVICING                CARMELO CAEZ CRUZ
URB BAIROA GOLDEN GATES                 4425 PONCE DE LEON 5TH FL             URB BAIROA GOLDEN GATES
CALLE C-11                              CORAL GABLES, FL 33146-1837           CALLE C-11
CAGUAS, PR 00727                                                              CAGUAS, PR 00727

CRIM                                    Department of Treasury                ECMC
PO BOX 195387 SAN JUAN PR 00919-5387     Bankruptcy Section (424)             PO BOX 16408
                                        P.O. Box 9024140                      St. Paul, MN 55116-0408
                                        San Juan PR 00902-4140

JUAN C BIGAS                            NCO FINANCIAL SYSTEMS OF PR           (p)SPRINT NEXTEL CORRESPONDENCE
PO BOX 7011                             PO BOX 15520                          ATTN BANKRUPTCY DEPT
PONCE PR 00732-7011                     WILMINGTON, DE  19850-5520            PO BOX 7949
                                                                              OVERLAND PARK KS 66207-0949

U.S. Department of Education            ALEJANDRO OLIVERAS RIVERA             JUAN CARLOS BIGAS VALEDON
PO Box 16448                            ALEJANDRO OLIVERAS CHAPTER 13 TRUS    JUAN C BIGAS LAW OFFICE
St. Paul, MN 55116-0448                 PO BOX 9024062                        PO BOX 7011
                                        SAN JUAN, PR 00902-4062               PONCE, PR 00732-7011

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
(d)RELIABLE FINANCIAL SERVICES, INC.    Sprint Corp.
P.O. BOX 21382                          Attn Bankruptcy Dept
SAN JUAN, PR  00928-1382                PO Box 7949
                                        Overland Park KS 66207-0949
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)AMARILYS COLON FERNANDEZ        (d)CARMELO CAEZ CRUZ              End of Label Matrix
URB BAIROA GOLDEN GATES            URB BAIROA GOLDEN GATES           Mailable recipients    18
CALLE C-11                         CALLE C-11                        Bypassed recipients     2
CAGUAS, PR 00727                   CAGUAS, PR 00727                  Total                  20
```