## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

IN RE:                                                    CASE NO.      14-08561 MCF

CARMELO CAEZ CRUZ
AMARILYS COLON FERNANDEZ

   *Debtors*                                              CHAPTER       13

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

### SUR-REPLY TO CREDITOR'S REPLY TO DEBTORS OBJECTION TO TREASURY'S
### POC NO. 8

TO THE HONORABLE COURT:

   **NOW COME** Debtors herein, CARMELO CAEZ CRUZ and AMARILYS COLON FERNANDEZ, by their undersigned attorney, and very respectfully ALLEGE AND PRAY:

   1.   On January 13th, 2016, creditor Treasury Department filed a Reply to Debtors Objection to POC #8 stating that their proof of claim was filed according to their records, and that their records show that debtors failed to file and pay the Informative Income Tax Returns regarding the 7% withholding for the payment of Professional Services for the d/b/a "Car Grua".

   2. Attached hereto is evidence that debtors included their income from professional services for the d/b/a "Car Grua" in their Income Tax Return since it is a d/b/a. On 2011 and 2012 debtors didn't report any income because the business was not active. Also attached hereto is a debt certification from the Treasury Department that clearly shows that there is no debt with creditor.

   3.   Since the debtors reported their income from professional services in their Income Tax Return and taxed for the same, they respectfully request that Proof of Claim #8 be disallowed since they complied fully with their obligation.

   **WHEREFORE,** Debtors respectfully request from this Honorable Court  to take notice of the allegations stated above and that creditor's claim #8 be disallowed and all other remedies that are just and proper be granted for the continuation of the proceeding.

### CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee, US Trustee and to all creditors registered to said system.  On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico, this 30th day of March, 2016.

By:    /s/ Juan C. Bigas Valedon
        JUAN C. BIGAS VALEDON
        Attorneys for Debtor
        U.S.D.C.  NO. 215404
        P.O. Box 7011
        Ponce, P.R. 00732-7011
        Tel. 259-1000; Fax 842-4090
        jcbigas@yahoo.com

21 de marzo de 2016


Departamento de Hacienda
San Juan, Puerto Rico  00936

Area de Rentas Internas y Recaudaciones
Negociado de Recaudaciones

El Sr. Carmelo Cáez Cruz, ssi _____ -2682, radicó todas las planillas correspondientes del 2009 al 2014. En estas planillas reportó todos los ingresos devengados estando en nómina y también aquellos ingresos recibidos por servicios prestados.

Solicitamos al Departamento de Hacienda verifique la información que le estamos suministrando para corroboración y corrección del balance adeudado según el modelo SC3537.1(Hacienda) del 15 de abril de 2015, ya que según nuestros récords no tenemos esta deuda con el Departamento de Hacienda.

Cordialmente,

Carmelo Cáez Cruz
Contribuyente

Modelo SC 3537-1 (Hacienda)
03045

Estado Libre Asociado de Puerto Rico
Commonwealth of Puerto Rico
DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY
Área de Rentas Internas y Recaudaciones
Internal Revenue and Collection Area
Negociado de Recaudaciones
Bureau of Collections

SECCION DE QUIEBRAS, SAN JUAN, PR
Colecturía · Collector's Office

Carmelo Caez Cruz , Amarilys Colón Fernández / dba Car Grua
Nombre Completo del Contribuyente o Agente - Taxpayer or Agent Name (Completo)
URB. BAIROA GOLDEN GATES CALLE C-11
Dirección Residencial o Postal - Postal or Residence Address
CAGUAS                    PR              00727
Municipio - Municipality      País - County    Código Postal - Zip Code

XXX-XX-2682 / 4986
Número de Cuenta - Account Number
13
Capítulo · Chapter
14-08561 / MCF13
# QUIEBRA - BANKRUPTCY NUM.

A la fecha en que se expide esta Certificación nuestros registros indican la siguiente deuda:
At the date of this Certification our records show the following debt:

| Concepto: | ☑ Mueble Personal Property | ☐ Inmueble Property Tax | ☑ Ingresos Income Tax | Otros no radicó planillas Others did'nt file Income Tax Return | | | |
|---|---|---|---|---|---|---|---|
| Año / Year | Número del Recibo / Receipt Number | PENALIDADES | Contribución Original / Original Tax | Intereses Hasta Interests Until | | Recargos / Surcharges | Total Adeudado / Total Debt Amount |
| | | | | Día/Day Mes/Month Año/Year | | | |
| 2009 | 400 | $ 1,810.87 | $ 5,243.49 | $ 2,055.04 | | $ 524.35 | $ 10,633.75 |
| 2010 | 400 | $ 1,814.37 | $ 5,257.40 | $ 2,437.18 | | $ 525.75 | $ 10,034.70 |
| 2011 √ | 400 | $ 1,026.75 | $ 2,107.00 | $ 766.02 | | $ 210.70 | $ 4,110.47 |
| 2012 √ | 400 | $ 1,138.75 | $ 2,555.00 | $ 972.70 | | $ 255.50 | $ 4,921.95 |
| 2013 √ | 400 | $ 895.41 | $ 1,581.05 | $ 258.27 | | $ 158.17 | $ 2,893.50 |
| | | $ · | $ · | $ · | | $ · | $ · |
| | | $ · | $ · | $ · | | $ · | $ · |
| | | $ · | $ · | $ · | | $ · | $ · |
| | | $ · | $ · | $ · | | $ · | $ · |
| | | $ · | $ · | $ · | | $ · | $ · |
| | | $ · | $ · | $ · | | $ · | $ · |
| | | $ · | $ · | $ · | | $ · | $ · |
| | | $ · | $ · | $ · | | $ · | $ · |
| | | $ · | $ · | $ · | | $ · | $ · |
| | | $ · | $ · | $ · | | $ · | $ · |
| | | $ · | $ · | $ · | | $ · | $ · |
| | | $ · | $ · | $ · | | $ · | $ · |
| TOTAL | | $ 6,686.15 | $ 16,744.63 | $ 7,089.21 | | $ 1,074.47 | $ 32,194.40 |
| GRAN TOTAL | | $ 6,686.15 | $ 16,744.63 | $ 7,089.21 | | $ 1,074.47 | $ 32,194.40 |

Wednesday, April 15, 2016
Fecha - Date

LYDIA MONTES MELENDEZ SUPERVISOR BANKRUPTCY
Colector de Rentas Internas o su Representante Autorizado
Internal Revenue Collector or his Authorized Agent

FOR OFFICIAL USE ONLY: To be kept as a permanent record in the case file.

# Anejo M Individuo

## INGRESO DE PROFESIONES Y COMISIONES

**2009**

Año contributivo comenzado el _1_ de _ene_ _2009_ y terminado el _31_ de _Dic_ _2009_

Nombre del contribuyente
**CARMELO CAEZ CRUZ**

Número de Seguro Social
_____ L2682

| Parte I | Cuestionario | (Deberá llenar un anejo por cada fuente de ingreso) | 67 |

Número de Identificación Patronal
**N/A**

Ingreso proveniente de (ennegrezca uno):
● 1 Contribuyente ○ 2 Cónyuge

Ennegrezca uno:
● 3 Profesiones
○ 4 Comisiones

Ennegrezca aquí si ésta es su industria o negocio principal ●

Número de Registro de Comerciante

Localización de la Oficina Principal - Número, Calle y Pueblo

Fecha de comienzo de operaciones:
Día _____ Mes _____ Año _2009_

| Clave Industrial | Código | Naturaleza de la profesión (Ej. abogado, contador, comisionista, etc.) | Número de empleados |
| | | CONDUCTOR CAMION - GRUA | 0 |

| Parte II | Determinación de Ganancia o Pérdida | 76 |

| | | |
|---|---|---|
| 1. Ingresos | (01) | 5,532 |00 |
| 2. Menos: Gastos de operación y otros costos (Informe detalle en Parte III) | (10) | 10,103 |00 |
| 3. Ingreso neto | (11) | (4,571) |00 |
| 4. Menos: Pérdida neta en operaciones de años anteriores (Acompañe anejo, véanse instrucciones) | (12) | |00 |
| 5. Ganancia (o pérdida) (Si es una ganancia, traslade el total a la página 1, Encasillado 2, línea 2 O de la planilla o línea 3 O, Columna B o C del Anejo CO Individuo, según aplique. Si es una pérdida, véanse instrucciones) | (20) | (4,571) |00 |

| Parte III | Gastos de Operación y Otros Costos | 85 |

| | | |
|---|---|---|
| 1. Salarios, comisiones y bonificaciones a empleados | (01) | |00 |
| 2. Comisiones a negocios | (02) | |00 |
| 3. Gastos de nómina | (03) | |00 |
| 4. Aportación a planes de pensiones | (04) | |00 |
| 5. Aportación a planes de ingreso diferido | (05) | |00 |
| 6. Seguro médico o de hospitalización | (06) | |00 |
| 7. Intereses sobre deudas del negocio | (07) | |00 |
| 8. Alquiler pagado | (08) | |00 |
| 9. Contribuciones sobre la propiedad | (09) | |00 |
| 10. Otras contribuciones, patentes y licencias | (10) | |00 |
| 11. Reparaciones | (11) | |00 |
| 12. Gastos de vehículos de motor | (12) | 6,400 |00 |
| 13. Servicios públicos (agua, luz, teléfono, etc.) | (13) | 480 |00 |
| 14. Seguros | (14) | 2,800 |00 |
| 15. Anuncios | (15) | |00 |
| 16. Gastos de viajes | (16) | |00 |
| 17. Gastos de comida y entretenimiento (Total gastos $ _215_ ) (Véanse instrucciones) | (17) | 106 |00 |
| 18. Servicios profesionales | (18) | |00 |
| 19. Materiales y efectos | (19) | |00 |
| 20. Depreciación y amortización (Someta Anejo E) | (20) | |00 |
| 21. Deudas incobrables | (21) | |00 |
| 22. Contribución federal sobre el trabajo por cuenta propia (Véanse instrucciones) | (22) | |00 |
| 23. Otros gastos (Someta anejo detallado) UNIFORMES | (23) | 317 |00 |
| 24. Total (Traslade a la Parte II, línea 2 de este Anejo) | (24) | 10,103 |00 |

Período de Conservación: Diez

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
RECIBIDO
JUN 04 2010
SIN PAGO

# Anejo M Individuo
For. 210

## INGRESO DE PROFESIONES Y COMISIONES

**2010**

Año contributivo comenzado el _1_ de _enero_ de _2010_ y terminado el _31_ de _diciembre_ de _2010_

Nombre del contribuyente
Carmelo Caez Cruz

Número de Seguro Social
2682

## Parte I — Cuestionario
(Deberá llenar un anejo por cada fuente de ingreso) ⑥⑦

Número de Identificación Patronal
59-9142682

Ingreso proveniente de (ennegrezca uno):
■ 1 Contribuyente ☐ 2 Cónyuge
Ennegrezca uno:
■ 3 Profesiones ☐ 4 Comisiones

Ennegrezca aquí si ésta es su industria o negocio principal ●

Número de Registro de Comerciante
00000000001

Localización de la Oficina Principal - Número, Calle y Pueblo
Mansiones de Bairoa 228
Caguas PR 00726-0000

Fecha de comienzo de operaciones:
01-01-2009
Día __ Mes __ Año __

Clave Industrial | Código
Naturaleza de la profesión (Ej. abogado, contador, comisionista, etc.)
Conductor Grua

Número de empleados
0

## Parte II — Determinación de Ganancia o Pérdida ⑦⑤

| | | |
|---|---|---|
| 1. Ingresos (01) | 4726 | 00 |
| 2. Menos: Gastos de operación y otros costos (Informe detalle en Parte III) (10) | 1850 | 00 |
| 3. Ingreso neto (11) | 2876 | 00 |
| 4. Menos: Pérdida neta en operaciones de años anteriores (Acompañe anejo, véanse instrucciones) (12) | 4571 | 00 |
| 5. Ganancia (o pérdida) (Si es una ganancia, traslade el total a la página 1, Encasillado 2 línea 2 O de la planilla o línea 3 O, Columna B o C del Anejo CO Individuo, según aplique. Si es una pérdida, véanse instrucciones) (20) | -1695 | 00 |

## Parte III — Gastos de Operación y Otros Costos ⑧⑤

| | | |
|---|---|---|
| 1. Salarios, comisiones y bonificaciones a empleados (01) | | 00 |
| 2. Comisiones a negocios (02) | | 00 |
| 3. Gastos de nómina (03) | | 00 |
| 4. Aportación a planes de pensiones (04) | | 00 |
| 5. Aportación a planes de ingreso diferido (05) | | 00 |
| 6. Seguro médico o de hospitalización (06) | | 00 |
| 7. Intereses sobre deudas del negocio (07) | | 00 |
| 8. Alquiler pagado (08) | | 00 |
| 9. Contribuciones sobre la propiedad (09) | | 00 |
| 10. Otras contribuciones, patentes y licencias (10) | | 00 |
| 11. Reparaciones (11) | 410 | 00 |
| 12. Gastos de vehículos de motor (12) | 600 | 00 |
| 13. Servicios públicos (agua, luz, teléfono, etc.) (13) | | 00 |
| 14. Seguros (14) | | 00 |
| 15. Anuncios (15) | | 00 |
| 16. Gastos de viajes (16) | | 00 |
| 17. Gastos de comida y entretenimiento (Total gastos $ 600 ) (Véanse instrucciones) (17) | 240 | 00 |
| 18. Servicios profesionales (18) | 300 | 00 |
| 19. Materiales y efectos (19) | | 00 |
| 20. Depreciación y amortización (Someta Anejo E) (20) | 100 | 00 |
| 21. Deudas incobrables (21) | 0 | 00 |
| 22. Contribución federal sobre el trabajo por cuenta propia (Véanse instrucciones) (22) | | 00 |
| 23. Otros gastos (Someta anejo detallado) (23) | 200 | 00 |
| 24. Total (Traslade a la Parte II, línea 2 de este Anejo) (30) | 1850 | 00 |

Período de Conservación: Diez (10) años

| Anejo M Individuo | INGRESO DE PROFESIONES Y COMISIONES | 2013 |
|---|---|---|

Año contributivo comenzado el __1__ de __enero__ de 2013 y terminado el __31__ de __diciembre__ de 201_

| Nombre del contribuyente | Número de Seguro Social |
|---|---|
| Carmelo Caez Cruz | 2682 |

**Parte I — Cuestionario** (Deberá llenar un anejo por cada fuente de ingreso) ⑦

| Número de Identificación Patronal | Ingreso proveniente de (ennegrezca uno): | Ennegrezca uno: | Ennegrezca aquí si ésta es su industria o negocio principal | Fecha de comienzo de operaciones: |
|---|---|---|---|---|
| 59-9142682 | ■ 1.Contribuyente ⬭ 2.Cónyuge | ⬭ 3.Profesiones ⬭ 4.Comisiones | ■ | 01-01-2013 Día Mes Año |

| Número de Registro de Comerciante | Localización de la Oficina Principal - Número, Calle y Pueblo | Incentivo contributivo bajo: |
|---|---|---|
| 04872020013 | B 28 CALLE 2 MANSIONES DE BAIROA CAGUAS PR /26-0000 | Ley 1-2013 ⬭ (01) |

| Clave Industrial Código | Naturaleza de la profesión (Ej. abogado, contador, comisionista, etc.) | Número de empleados |
|---|---|---|
|  | Servicios de Grua | 0 |

Indique si reclamó gastos relacionados con la titularidad, uso, mantenimiento y depreciación de los siguientes conceptos (ennegrezca las que apliquen). Además, indique si el negocio derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con la pesca o transportación de pasajeros o de carga o arrendamiento en el caso de embarcaciones, transportación de pasajeros o de carga o arrendamiento en el caso de aeronaves, o alquiler de propiedades a personas no relacionadas en el caso de propiedad residencial fuera de Puerto Rico.

| Concepto | Indique si reclamó gastos | | Indique si derivó 80% o más del ingreso de esa actividad | |
|---|---|---|---|---|
| 1. automóviles | ■ Sí | ⬭ No | ■ Sí | ⬭ No |
| 2. embarcaciones | ⬭ Sí | ■ No | ⬭ Sí | ■ No |
| 3. aeronaves | ⬭ Sí | ■ No | ⬭ Sí | ■ No |
| 4. propiedad residencial fuera de Puerto Rico | ⬭ Sí | ■ No | ⬭ Sí | ■ No |

**Parte II — Determinación de Ganancia o Pérdida** ⑦

| | | |
|---|---|---|
| 1. Ingresos | (01) | 6580 00 |
| 2. Ingreso ganado a través de corporaciones de individuos, sociedades y sociedades especiales | (10) | 00 |
| 3. Menos: Gastos de operación y otros costos (Informe detalle en Parte III) | (11) | 5735 00 |
| 4. Ingreso neto del año corriente (Sume líneas 1 y 2 menos línea 3) | (12) | 845 00 |
| 5. Menos: Pérdida neta en operaciones de años anteriores (Acompañe anejo, véanse Instrucciones) | (13) | 00 |
| 6. Ganancia (o pérdida) (Si es una ganancia, traslade el total a la página 2, Encasillado J, línea 2K de la planilla o línea 3K, Columna B o C del Anejo CO Individuo, según aplique. Si es una pérdida, véanse instrucciones. Por otro lado, si es una ganancia que tributa a tasa reducida bajo una Ley de Incentivos, traslade el total a la Columna correspondiente de la línea 4H del Anejo A2 Individuo, según la tasa contributiva que le aplique a dicha ganancia) | (20) | 845 00 |

**Parte III — Gastos de Operación y Otros Costos** ⑦

**A. Gastos deducibles para la contribución básica alterna:**

| | | |
|---|---|---|
| 1. Salarios, comisiones y bonificaciones a empleados (Total $_____) (01) (Véanse instrucciones) | (02) | 0 00 |
| 2. Gastos de nómina (Véanse instrucciones) | (03) | 00 |
| 3. Seguro médico o de hospitalización | (04) | 0 00 |
| 4. Aportación a planes de pensiones cualificados (Véanse instrucciones. Someta anejo SC 6042) | (05) | 0 00 |
| 5. Servicios profesionales (Véanse Instrucciones) | (06) | 00 |
| 6. Alquiler, renta y cánones pagados (Véanse instrucciones) | (07) | 00 |
| 7. Intereses sobre deudas del negocio | (08) | 00 |
| 8. Contribuciones sobre la propiedad, patentes y licencias | (09) | 395 00 |
| 9. Seguros (Véanse instrucciones) | (10) | 2200 00 |
| 10. Servicios públicos (agua, luz, teléfono, etc.) | (11) | 480 00 |
| 11. Depreciación y amortización (Someta Anejo E) | (12) | 0 00 |
| 12. Gastos de automóviles (Millaje ___1600__) (13) (Véanse Instrucciones) | (14) | 00 |
| 13. Gastos de otros vehículos de motor (Véanse instrucciones) | (15) | 2160 00 |
| 14. Contribución federal sobre el trabajo por cuenta propia (Véanse instrucciones) | (16) | 0 00 |
| 15. Costos directos imprescindibles (Someta anejo detallado. Véanse instrucciones) | (17) | 00 |
| 16. Subtotal (Sume líneas 1 a la 15) | (18) | 5235 00 |

**B. Otras deducciones:**

| | | |
|---|---|---|
| 17. Comisiones a negocios | (19) | 00 |
| 18. Reparaciones | (20) | 00 |
| 19. Otros seguros | (21) | 00 |
| 20. Anuncios | (22) | 00 |
| 21. Gastos de viajes | (23) | 00 |
| 22. Gastos de comida y entretenimiento (Total de gastos $___1000__) (24) (Véanse instrucciones) | (25) | 00 |
| 23. Materiales y efectos | (26) | 500 00 |
| 24. Deudas incobrables | (27) | 00 |
| 25. Otros gastos (Someta anejo detallado) | (28) | 00 |
| 26. Subtotal (Sume líneas 17 a la 25) | (29) | 500 00 |
| 27. Total (Sume líneas 16 y 26. Traslade a la Parte II, línea 3 de este Anejo) | (30) | 5735 00 |

Período de Conservación Diez (10) años

MODELO
SC 6096
17 MAY 10

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
AREA DE RENTAS INTERNAS

FECHA: 23-09-2015
HORA : 13:15
JPR6213

CERTIFICACION DE DEUDA

NUM. CUENTA: 004 - 1-4966/000 CAEZ CRUZ CARMELO & COLON FERNADEZ AMARILYS
B 28 CALLE 2
MANSIONES DE BAIROA
CAGUAS       PR 00726              *COMPUTOS HASTA: 23-09-2015

    CERTIFICO QUE EL CONTRIBUYENTE ARRIBA DESCRITO
    NO TIENE DEUDAS TASADAS POR CONCEPTO DE
    CONTRIBUCION SOBRE INGRESOS, PATRONAL Y
    ARBITRIOS AL DIA DE 23-09-2015 EN NUESTRO
    SISTEMA PRITAS.

ESTA CERTIFICACION NO INCLUYE DEUDAS PENDIENTES  POR TASAR  O EN PROCESO DE
INVESTIGACION POR EL NEGOCIADO IMPOSITIVO A LA FECHA DE ESTA CERTIFICACION.

A D V E R T E N C I A :

FAVOR DE REVISAR ESTE DOCUMENTO EN DETALLE. SI USTED NO ESTA DE
ACUERDO CON ALGUNA DE LA INFORMACION AQUI PROVISTA DEBERA PRESENTAR
SU RECLAMACION JUNTO CON LOS DOCUMENTOS QUE EVIDENCIAN LA MISMA A
LAS DIRECCIONES QUE SE INDICAN EN LA HOJA ADJUNTA.

ESTA CERTIFICACION NO ES VALIDA SIN LA FIRMA AUTORIZADA Y EL SELLO
OFICIAL EN ORIGINAL DEL DEPARTAMENTO DE HACIENDA

SECRETARIO AUXILIAR DE RENTAS INTERNAS       FECHA       SELLO OFICIAL
O SU REPRESENTANTE AUTORIZADO

Label Matrix for local noticing
0104-3
Case 14-08561-MCF13
District of Puerto Rico
Old San Juan
Thu Mar 31 17:14:12 AST 2016

BAYVIEW LOAN SERVICING, LLC
PO BOX 11750
FERNANDEZ JUNCOS STATION
SAN JUAN, PR 00910-2850

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382

TREASURY DEPARTMENT
C/O DORIS E HERNANDEZ DIAZ,ESQ.
DEPARTMENT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AEE
PO BOX 364267
SAN JUAN, PR  00936-4267

AMARILYS COLON FERNANDEZ
URB BAIROA GOLDEN GATES
CALLE C-11
CAGUAS, PR 00727

BAYVIEW LOAN SERVICING
4425 PONCE DE LEON 5TH FL
CORAL GABLES, FL 33146-1837

CARMELO CAEZ CRUZ
URB BAIROA GOLDEN GATES
CALLE C-11
CAGUAS, PR 00727

CRIM
PO BOX 195387 SAN JUAN PR 00919-5387

Department of Treasury
 Bankruptcy Section (424)
P.O. Box 9024140
San Juan PR 00902-4140

ECMC
PO BOX 16408
St. Paul, MN 55116-0408

JUAN C BIGAS
PO BOX 7011
PONCE PR 00732-7011

NCO FINANCIAL SYSTEMS OF PR
PO BOX 15520
WILMINGTON, DE  19850-5520

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

U.S. Department of Education
PO Box 16448
St. Paul, MN 55116-0448

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

JUAN CARLOS BIGAS VALEDON
JUAN C BIGAS LAW OFFICE
PO BOX 7011
PONCE, PR 00732-7011

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)RELIABLE FINANCIAL SERVICES, INC.
P.O. BOX 21382
SAN JUAN, PR  00928-1382

Sprint Corp.
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AMARILYS COLON FERNANDEZ
URB BAIROA GOLDEN GATES
CALLE C-11
CAGUAS, PR 00727

(d)CARMELO CAEZ CRUZ
URB BAIROA GOLDEN GATES
CALLE C-11
CAGUAS, PR 00727

End of Label Matrix
Mailable recipients    18
Bypassed recipients     2
Total                  20