**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**CARMELO CAEZ CRUZ**
**dba CAR GRUA**
**AMARILYS COLON FERNANDEZ**
**aka AMARILYS COLON, dba CCDN MOTHER GOOSE, dba CENTRO DE CUIDO MOTHER GOOSE**

xxx–xx–2682
xxx–xx–4966

Debtor(s)

Case No. **14–08561 MCF**

Chapter **13**

**FILED & ENTERED ON 6/8/16**

***ORDER***

Debtors's objection to claim #8 filed by Department of Treasury (docket entry #51), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, June 8, 2016 .

Mildred Caban Flores
United States Bankruptcy Judge