# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

IN RE:                        CASE NO.     14-08561 MCF

CARMELO CAEZ CRUZ
AMARILYS COLON FERNANDEZ
        *Debtors*                   CHAPTER     13

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

## APPLICATION FOR COMPENSATION FOR ATTORNEYS FEES

**TO THE HONORABLE COURT:**

      **COMES NOW,** *JUAN C BIGAS VALEDON* (hereinafter "Applicant") and hereby applies for an order allowing compensation for legal services rendered on behalf of the debtor, applicant respectfully states:

    1. He is the attorney for the debtor in this case and has represented him in the proceedings before this Court.

    2. On September 18th, 2014, debtors filed the bankruptcy voluntary petition for relief under Chapter 13 of the Bankruptcy Code. The Applicant filed with the Court a Statement for Compensation pursuant to Rule 2016(b) which disclosed that the compensation promised by the debtor to the undersigned for legal services rendered in connection with this case will be $3,000.00. The amount of *$2,000.00* was requested to be paid through the Chapter 13 Plan once the plan was confirmed. According to the attached time sheet, this attorney provided to the debtor with 34.00 working hours. The debtors paid their attorney a retainer of $1,000.00, which must be credited to the compensation requested. The total of this application for time expended is $6,050.00, less the retainer paid, is a net for this application for $5,050.00.

    3. Debtor's plan dated October 21st, 2014, and subsequent amendment dated September 22nd, 2015, and September 23rd, 2015, were not confirmed by this Honorable Court.

    4. The services provided for which attorney's fees and/or expenses reimbursement are requested, as detailed in the invoice, were rendered and provided between September 18th, 2014, until the date of this motion. The undersigned attorney has not received any

additional attorney's fees for the services rendered and/or reimbursement of expenses sought, previously described and in more detail in the attached invoice.

5. Pursuant to the dispositions of Section 330 of the Bankruptcy Code and with new Local Bankruptcy Rules as amended, the undersigned attorney files this application for compensation, which according to the attorney's application was set as $250.00 per hour, plus the reimbursement of actual and necessary expenses incurred in representation of the debtor. Attorney's clerk office rate is $75.00.

6. The Applicant understands that the amount is a reasonable value for the necessary and actual services and costs provided to the debtor. The attorney fees requested for the services performed complies with the guidelines set for compensation and reimbursement of expenses under section 330 of the bankruptcy code, bankruptcy Rule 2016(a) and with Local New Bankruptcy Rules as amended.

7. The Applicant certifies that to the best of his knowledge, information and belief the compensation and reimbursement of expenses complies with the previous mentioned code section as to the services billed, as to the rate the services were billed and as to the cost and reimbursement of the expenses incurred in the services performed.

8. The services provided were necessary to the administration of the debtor´s case. The services were also performed in a reasonable amount of time taking into account the complexity, importance and nature of the facts of the case. The compensation is reasonable in comparison to what other practitioners in other fields of law would have billed under the same circumstances.

9. The Applicant requests that the amount of *$5,050.00* be paid through the Chapter 13 Trustee due to the fact that the undersign believes debtor will not pay these fees outside the Plan.

**WHEREFORE**, it is respectfully requested from this Honorable Court to issue an order:

    A) Allowing the amount of *$5,050.00* of attorney fees as compensation for the services rendered.

## NOTICE

YOU ARE HEREBY NOTIFIED of the Application filed by the debtor. If within TWENTY ONE (21) DAYS after Service as evidenced by this certification, and additional three(3) days pursuant to Fed. R. Bank. PR. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, must serve and file an objection or other appropriate response to this paper with the Clerk*s office of the US Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the Application will be deemed unopposed and may be granted unless; (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY** on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee, US Trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto. This certificate of service is filed to comply with the Honorable Court's General Order 03-01 that requires that this certificate of service be filed no later than three (3) days after the service of the plan referred to above.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 24th day of October, 2017.

By: /s/ Juan C. Bigas Valedon
JUAN C. BIGAS VALEDON
Attorneys for Debtor
U.S.D.C. NO. 215404
P.O. Box 7011
Ponce, P.R. 00732-7011
Tel. 259-1000; Fax 842-4090

| DATE | JOB PERFORM | RATE PER HOUR | HR.MIN. | AMOUNT |
|---|---|---|---|---|
| 9/18/2014 | MEETING WITH DEBTOR. EXPLAINED BANKRUPTCY PETITION AND QUALIFIED DEBTOR FOR THE CORRESPONDING CHAPTER. | $ 250.00 | 1.00 | $ 250.00 |
| 10/16/2014 | SECOND MEETING WITH DEBTOR. RECEIVED SUMMARY OF DOCUMENTS AND DISCUSSED THE NATURE OF EACH DOCUMENT. FULL DISCUSSION OF THE PROCEEDINGS WERE INFORMED AND DEBTOR'S QUESTIONS AND DOUBTS WERE CLARIFIED. | $ 250.00 | 1.00 | $ 250.00 |
| 10/17/2014 | PREPARATION AND PARTIAL FILING OF THE BANKRUPTCY PETITION. | $ 75.00 | 1.00 | $ 75.00 |
| 10/20/2014 | LETTER TO NOTIFY THE 341 MEETING OF CREDITORS | $ 75.00 | 1.00 | $ 75.00 |
| 10/21/2014 | PREPARATION AND FILING OF SCHEDULES AND PAYMENT PLAN | $ 75.00 | 1.00 | $ 75.00 |
| 10/27/2014 | LETTER TO DEBTOR GIVING COPY OF ALL DOCUMENTS SIGNED AND INSTRUCTIONS FOR THE CASE PROCEEDING. | $ 75.00 | 1.00 | $ 75.00 |
| 11/18/2014 | APPEARANCE AT THE 341 MEETING OF CREDITORS | $ 250.00 | 2.00 | $ 500.00 |
| 4/7/2015 | PREPARATION AND FILING OF AMENDED SCHEDULES, FILING OF MONTHLY REPORTS AND RESPONSE TO TRUSTEE'S MOTION TO DISMISS | $ 75.00 | 1.25 | $ 93.75 |
| 4/9/2015 | APPEARANCE AT CONFIRMATION HEARING | $ 250.00 | 2.00 | $ 500.00 |
| 6/11/2015 | APPEARANCE AT CONFIRMATION HEARING | $ 250.00 | 2.00 | $ 500.00 |
| 9/22/2015 | PREPARATION AND FILING OF AMENDED SCHEDULES AND PLAN. | $ 75.00 | 1.00 | $ 75.00 |
| 9/23/2015 | PREPARATION AND FILING OF AMENDED PLAN AND OBJECTION TO CLAIM #8. | $ 75.00 | 1.25 | $ 93.75 |
| 1/13/2016 | PREPARATION AND FILING OF MOTION REQUESTING ENTRY OF ORDER. | $ 75.00 | 1.00 | $ 75.00 |
| 3/31/2016 | PREPARATION AND FILING OF THE SUR-REPLY TO REPLY TO DEBTOR'S OBJECTION TO CLAIM. | $ 75.00 | 1.00 | $ 75.00 |
| 4/4/2016 | APPEARANCE AT CONFIRMATION HEARING | $ 250.00 | 2.00 | $ 500.00 |
| 6/9/2016 | APPEARANCE AT CONFIRMATION HEARING | $ 250.00 | 2.00 | $ 500.00 |
| 6/14/2016 | EMAIL TO DEBTORS REQUESTING DOCUMENTS | $ 75.00 | 0.50 | $ 37.50 |
| 8/16/2016 | EMAIL TO DEBTORS DISCUSSIN CASE | $ 75.00 | 0.50 | $ 37.50 |
| 9/8/2016 | APPEARANCE AT CONFIRMATION HEARING | $ 250.00 | 2.00 | $ 500.00 |
| 1/25/2017 | TELEPHONE CALL WITH DEBTORS REGARDING DOCUMENTS REQUESTED | $ 75.00 | 0.5 | $ 37.50 |
| 2/27/2017 | APPEARANCE AT CONFIRMATION HEARING | $ 250.00 | 2.00 | $ 500.00 |
| 6/2/2017 | EMAIL TO DEBTORS AND THEIR ACCOUNTANT REGARDING DOCUMENTS REQUESTED | $ 75.00 | 0.50 | $ 37.50 |
| 6/8/2017 | APPEARANCE AT CONFIRMATION HEARING | $ 250.00 | 2.00 | $ 500.00 |
| 6/12/2017 | EMAIL TO DEBTORS REGARDING DOCUMENTS REQUESTED | $ 75.00 | 0.50 | $ 37.50 |
| 6/26/2017 | EMAIL TO DEBTORS REGARDING DOCUMENTS REQUESTED | $ 75.00 | 0.50 | $ 37.50 |
| 7/6/2017 | EMAIL TO DEBTORS AND THEIR ACCOUNTANT REGARDING DOCUMENTS REQUESTED | $ 75.00 | 0.50 | $ 37.50 |
| 8/15/2017 | EMAIL TO DEBTORS REGARDING DOCUMENTS REQUESTED | $ 75.00 | 0.50 | $ 37.50 |
| 8/25/2017 | EMAIL TO DEBTORS REGARDING DOCUMENTS REQUESTED | $ 75.00 | 0.50 | $ 37.50 |
| 9/14/2017 | APPEARANCE AT CONFIRMATION HEARING | $ 250.00 | 2.00 | $ 500.00 |
| | | | 34.00 | $ 6,050.00 |

```
Label Matrix for local noticing        BAYVIEW LOAN SERVICING LLC A DELAWARE LLC    BAYVIEW LOAN SERVICING, LLC
0104-3                                  C/O MILLENNIUM PARTNERS                      PO BOX 11750
Case 14-08561-MCF13                     208 AVE PONCE DE LEON                        FERNANDEZ JUNCOS STATION
District of Puerto Rico                 SUITE 1809                                   SAN JUAN, PR 00910-2850
Old San Juan                            SAN JUAN, PR 00918-1022
Tue Oct 24 10:41:12 AST 2017

RELIABLE FINANCIAL SERVICES             TREASURY DEPARTMENT                          US Bankruptcy Court District of P.R.
PO BOX 21382                            C/O DORIS E HERNANDEZ DIAZ,ESQ.              Jose V Toledo Fed Bldg & US Courthouse
SAN JUAN, PR 00928-1382                 DEPARTMENT OF JUSTICE                        300 Recinto Sur Street, Room 109
                                        PO BOX 9020192                               San Juan, PR 00901-1964
                                        SAN JUAN, PR 00902-0192

AEE                                     AMARILYS COLON FERNANDEZ                     BAYVIEW LOAN SERVICING
PO BOX 364267                           URB BAIROA GOLDEN GATES                      4425 PONCE DE LEON 5TH FL
SAN JUAN, PR  00936-4267                CALLE C-11                                   CORAL GABLES, FL 33146-1837
                                        CAGUAS, PR 00727


CARMELO CAEZ CRUZ                       CRIM                                         Department of Treasury
URB BAIROA GOLDEN GATES                 PO BOX 195387 SAN JUAN PR 00919-5387          Bankruptcy Section (424)
CALLE C-11                                                                           P.O. Box 9024140
CAGUAS, PR 00727                                                                     San Juan PR 00902-4140


ECMC                                    JUAN C BIGAS                                 NCO FINANCIAL SYSTEMS OF PR
PO BOX 16408                            PO BOX 7011                                  PO BOX 15520
St. Paul, MN 55116-0408                 PONCE PR 00732-7011                          WILMINGTON, DE 19850-5520


(p)SPRINT NEXTEL CORRESPONDENCE         U.S. Department of Education                 ALEJANDRO OLIVERAS RIVERA
ATTN BANKRUPTCY DEPT                    PO Box 16448                                 ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 7949                             St. Paul, MN 55116-0448                      PO BOX 9024062
OVERLAND PARK KS 66207-0949                                                          SAN JUAN, PR 00902-4062


JUAN CARLOS BIGAS VALEDON               MONSITA LECAROZ ARRIBAS
JUAN C BIGAS LAW OFFICE                 OFFICE OF THE US TRUSTEE (UST)
PO BOX 7011                             OCHOA BUILDING
PONCE, PR 00732-7011                    500 TANCA STREET SUITE 301
                                        SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
(d)RELIABLE FINANCIAL SERVICES, INC.    Sprint Corp.
P.O. BOX 21382                          Attn Bankruptcy Dept
SAN JUAN, PR  00928-1382                PO Box 7949
                                        Overland Park KS 66207-0949
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AMARILYS COLON FERNANDEZ
URB BAIROA GOLDEN GATES
CALLE C-11
CAGUAS, PR 00727

(d)CARMELO CAEZ CRUZ
URB BAIROA GOLDEN GATES
CALLE C-11
CAGUAS, PR 00727

End of Label Matrix
Mailable recipients   19
Bypassed recipients    2
Total                 21