**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**CARMELO CAEZ CRUZ**
**dba CAR GRUA**
**AMARILYS COLON FERNANDEZ**
**aka AMARILYS COLON, dba CCDN MOTHER GOOSE, dba CENTRO DE CUIDO MOTHER GOOSE**

xxx–xx–2682
xxx–xx–4966

Debtor(s)

Case No. **14–08561 MCF**

Chapter **13**

**FILED & ENTERED ON 7/12/18**

***ORDER***

The motion filed by Debtors requesting conversion of case to chapter 7 (docket #110, 115) is hereby granted. Clerk is to proceed accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, July 12, 2018 .

Mildred Caban Flores
United States Bankruptcy Judge