# UNITED STATES BANKRUPTCY COURT
# DISTRICT 1

| | |
|---|---|
| In re:<br>　　CARMELO CAEZ CRUZ<br>　　AMARILYS COLON FERNANDEZ<br>　　　　　Debtor(s) | Case No. 14-08561-MCF |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 10/17/2014.

　　2) The plan was confirmed on NA .

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

　　5) The case was converted on 07/12/2018.

　　6) Number of months from filing to last payment: 34.

　　7) Number of months case was pending: 45.

　　8) Total value of assets abandoned by court order: NA .

　　9) Total value of assets exempted: NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $23,700.00 |
| Less amount refunded to debtor | $15,091.94 |
| **NET RECEIPTS:** | **$8,608.06** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,050.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,719.56 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,769.56** |

Attorney fees paid and disclosed by debtor:     $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AEE | Unsecured | 4,301.90 | NA | NA | 0.00 | 0.00 |
| AMARILYS COLON FERNANDEZ | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BAYVIEW LOAN SERVICING | Secured | 0.00 | NA | 70,638.30 | 0.00 | 0.00 |
| BAYVIEW LOAN SERVICING | Secured | 23,365.75 | NA | 23,365.75 | 0.00 | 0.00 |
| CRIM | Unsecured | 0.00 | NA | 64.67 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Unsecured | 0.00 | NA | 8,360.62 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Priority | 0.00 | NA | 23,833.84 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Secured | 0.00 | NA | 0.53 | 0.00 | 0.00 |
| ECMC | Unsecured | 0.00 | NA | 3,833.25 | 0.00 | 0.00 |
| ECMC | Unsecured | 0.00 | NA | 3,239.04 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS OF PR | Unsecured | 633.00 | NA | NA | 0.00 | 0.00 |
| RELIABLE FINANCIAL SERVICES | Secured | 24,328.98 | NA | 1,838.50 | 1,838.50 | 0.00 |
| SPRINT NEXTEL DISTRIBUTIONS | Unsecured | 0.00 | NA | 632.69 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | 868.42 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $23,365.75 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $72,477.33 | $1,838.50 | $0.00 |
| **TOTAL SECURED:** | **$95,843.08** | **$1,838.50** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $23,833.84 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$23,833.84** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,998.69** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,769.56 |
| Disbursements to Creditors | $1,838.50 |
| **TOTAL DISBURSEMENTS:** | **$8,608.06** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/17/2018　　　　　　　　　　By: /s/ ALEJANDRO OLIVERAS RIVERA
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

14-08561-MCF                                              CERTIFICATE OF MAILING
-----------------------------------------------------------------------------------------------------------

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

CARMELO CAEZ CRUZ
AMARILYS COLON FERNANDEZ
URB MONTECIELO
102 JOSE E PEDREIRA
CAGUAS, PR  00725

AEE
PO BOX 364267
SAN JUAN, PR  00936-4267

BAYVIEW LOAN SERVICING
4425 PONCE DE LEON 5TH FL
CORAL GABLES, FL  33146

NCO FINANCIAL SYSTEMS OF PR
PO BOX 15520
WILMINGTON, DE  19850-5520

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR  00928-1382

RELIABLE FINANCIAL SERVICES
C/O CARLOS E PEREZ PASTRANA
PO BOX 21382
SAN JUAN, PR  00928-1382

EASTERN AMERICA INSURANCE CO
PO BOX 9023862
SAN JUAN, PR  00902-3862

BAYVIEW LOAN SERVICING LLC (BAYVIEW)
DELGADO FERNANDEZ LLP
PO BOX 11750
FERNANDEZ JUNCOS STATION
SAN JUAN, PR  00910-1750

SPRINT NEXTEL DISTRIBUTIONS
ATTN BANKRUPTCY DEPT
PO BOX 3326
ENGLEWOOD, CO  80155-3326

SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK, KS  66207-0949

**UST Form 101-13-FR-S (09/01/2009)**

ECMC  
LOCKBOX 8682  
PO BOX 16478  
ST PAUL, MN  55116-0478  

ECMC  
PO BOX 16408  
ST PAUL, MN  55116-0408  

BAYVIEW LOANSERVICING LLC  
ATTN CASHIERING  
4425 PONCE DE LEON BLVD  
CORAL GABLES, FL  33146  

CRIM  
PO BOX 195387  
SAN JUAN, PR  00919-5387  

US DEPARTMENT OF EDUCATION  
NATIONAL PAYMENT CENTER  
PO BOX 105028  
ATLANTA, GA  30348-5028  

US DEPARTMENT OF EDUCATION  
PO BOX 16448  
ST PAUL, MN  55116-0448  

DEPARTMENT OF TREASURY  
BANKRUPTCY SECTION (424 B)  
PO BOX 9024140  
SAN JUAN, PR  00902-4140  

DEPARTMENT OF TREASURY  
BANKRUPTCY SECTION (424 B)  
PO BOX 9024140  
SAN JUAN, PR  00902-4140  

DEPARTMENT OF TREASURY  
BANKRUPTCY SECTION (424 B)  
PO BOX 9024140  
SAN JUAN, PR  00902-4140  

DATED:  July 17, 2018

/S/Hector Perez  
OFFICE OF THE CHAPTER 13 TRUSTEE

**UST Form 101-13-FR-S (09/01/2009)**